IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JEREMY GLENN BOYLE                             CHAPTER 13

DEBTOR                                                CASE NO.: 19-13280-JDW

### MOTION TO EXTEND TIME

COMES NOW, the Debtor, by and through his attorney, and moves this Court for an Order Extending Time to file the Attorney Disclosure Statement, Verification of Matrix, Chapter 13 plan, Summary of Schedules, Schedule A/B, Statement of Financial Affairs, Schedule C, Chapter 13 Proper 122C form(s), Schedule D, Schedule E/F, Schedule G, Schedule H, Schedule I, and Schedule J (and J-2 if applicable).  Debtor requests an additional fourteen (14) days within which to file documents so as to cure any deficiency.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court will issue an Order extending time an additional fourteen (14) days within which to file documents.

Respectfully submitted, this 28th day of August, 2019.

/s/ Karen B. Schneller
KAREN B. SCHNELLER
ROBERT H. LOMENICK, JR
SCHNELLER & LOMENICK, P.A.
P. O. Box 417
Holly Springs, MS 38635
662-252-3224
karen.schneller@gmail.com/rlomenick@gmail.com

CERTIFICATE OF SERVICE

      I, Karen B. Schneller, attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by United States Mail, postage prepaid, of the above and foregoing Motion to Extend Time to:

**Locke D. Barkley**
**Chapter 13 Trustee**
**sbeasley@barkley13.com**

**U.S. Trustee**
**USTPRegion05.AB.ECF@usdoj.gov**

all creditors at their respective addresses

DATED: August 28th, 2019                            /s/ Karen B. Schneller
                                                          ATTORNEY FOR DEBTOR(S)